ROBERT W. GIN, #105431
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB,
 DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, California 93230
Telephone: (559) 584-6656
Facsimile:  (559) 582-3106

Attorneys for: Defendant, RUDY WAGNER, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT KRUCKI, | CASE NO.:   1:13-CV-00479-LJO-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING |
| RUDY WAGNER JR., TRUSTEE, d/b/a CHICKEN MAN and d/b/a RUDY JR'S CHICKEN MAN; DOES 1-5, inclusive; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(A) and Local Rule 144, Plaintiff, ROBERT KRUCKI ("Plaintiff") and Defendant RUDY WAGNER JR. TRUSTEE dba CHICKEN MAN ("Defendant") (collectively, the "Parties"), jointly move for an extension of time for Defendant to file a responsive pleading pursuant to Federal Rule of Civil Procedure 12(a)(1), and state as follows:

Pursuant to Federal Rule of Civil Procedure 12, Defendant's responsive pleading is currently due on May 3, 2013.  Defendant has not previously obtained an extension in which to file his responsive pleading.

The Parties have tentatively agreed to settle this case.  Pursuant to the tentative settlement agreement between the Parties, Defendant will make two (2) payments to the Plaintiff for a total of $4,000.00.  Defendant will pay Plaintiff an initial $2,000.00 payment no later than May 10, 2013.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

Joint Motion and Order for Extension of Time to File Responsive Pleading
Krucki v. Wagner, Case No. 1:13-CV-00479-LJO-BAM

1  Defendant will make a second and final payment to Plaintiff of $2,000.00 on or before June 9, 2013.
2  Upon final payment, Plaintiff will file a Notice of Settlement with the Court, and seek to have the action
3  dismissed.
4      Based upon the foregoing, the Parties respectfully request an extension of time in which
5  Defendant may file his responsive pleading (if it becomes necessary) until June 15, 2013.

6  Dated: May 6, 2013                By:  /s/ LAYNE E. HAYDEN
7                                        LAYNE E. HAYDEN, Attorneys for Plaintiff, ROBERT KRUCKI

9  Dated: May 6, 2013                GRISWOLD, LaSALLE, COBB,
10                                       DOWD & GIN, L.L.P.

12                                       By:  /s/ ROBERT W. GIN
13                                       ROBERT W. GIN, Attorneys for Defendant, RUDY WAGNER, JR.

15 **ORDER**

16 Based on the Stipulation of the Parties, and for good cause appearing, IT IS HEREBY ordered
17 that Defendant, RUDY WAGNER, JR., has an extension of time until June 15, 2013, to file his
18 responsive pleading in this matter.
19     IT IS SO ORDERED.
20     **Dated:   May 6, 2013**              /s/ **Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

Joint Motion and Order for Extension of Time to File Responsive Pleading
Krucki v. Wagner, Case No. 1:13-CV-00479-LJO-BAM