UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBER KRUCKI, | CASE NO. CV F 13-0479 LJO BAM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO DISMISS AND CLOSE ACTION (DOC. 12.)** |
| RUDY WAGNER, JR., | |
| Defendant | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **June 10, 2013**        /s/
**Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1