UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBER KRUCKI,<br><br>      Plaintiff,<br><br>      vs.<br><br>RUDY WAGNER, JR.,<br><br>      Defendant | CASE NO. CV F 13-0479 LJO BAM<br><br><br>**ORDER TO DISMISS AND CLOSE ACTION (DOC. 12.)** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.     DISMISSES with prejudice this entire action and all claims;

    2.     VACATES all pending dates and matters; and

    3.     DIRECTS the clerk to close this action.

    IT IS SO ORDERED.

Dated:   **June 10, 2013**     **/s/ Lawrence J. O'Neill**

          UNITED STATES DISTRICT JUDGE